**SUPPLEMENT TO CERTIFICATION BY COUNSEL**
**TO BE ADMITTED *PRO HAC VICE***

I hereby supplement my March 2, 2017 Certification pursuant to D.N.J. L.Civ. R. 101.1, as follows:

I am not currently involved in any disciplinary proceedings.

I further reaffirm my March 13, 2017 Certification, including, that I have never been disbarred, suspended, or denied admission to practice law in any Jurisdiction.

I hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated:  March 13, 2018.

_____
J. Stephen Simms Showers LLP
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: 410-783-5795
Facsimile:  410-510-1789
jssimms@simmsshowers.com